### BACON V. MINOR.

A witness interested in the question of fact on trial, may not be a witness.

ACTION of defamation; for saying that the plaintiff had forged a certain note. Issue to the jury.

Daniel Minor was offered as a witness and objected to, on the ground that he was a joint promisor in said note, and is sued for speaking the same words.

By the COURT. Not admitted being interested in the question.

### HARTFORD COUNTY, FEBRUARY TERM, A. D. 1791.

### HATHAWAY V. GILLET.

A deputy sheriff cannot be bail, officer, and attorney in a cause.

ERROR to reverse the judgment of a justice given upon default, in an action upon a note, brought by Gillet v. Hathaway; declaring, that Oliver Hanchet was a deputy sheriff; that he gave bond for the plaintiff at praying out said writ; that he was the officer who served said writ; and that he appeared before said justice as attorney to the plaintiff, and obtained said judgment by default.

Error assigned — That a deputy sheriff may not be bail, officer and attorney in the same suit.

Judgment — Manifest error. For the statute expressly prohibits a deputy sheriff's appearing as an attorney in a cause in any court.